Generated: Oct 19, 2026 10:43AM



# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Oct 19, 2026 10:43AM

ANTHONY MITCHELL

Rcpt. No: 200022356 Trans. Date: Oct 19, 2026 10:43AM Cashier ID: #AA (4469)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #156 | 10/19/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 2:26-cv-03411-ART-DJA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 19 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

2:26-cv-03411-ART-DJA