AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

OCT 19 2026

US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

for the

District of Nevada

ANTHONY MITCHELL

*Plaintiff(s)*

v.

PROGRESS RESIDENTIAL BORROWER 6, LLC; PROGRESS RESIDENTIAL MANAGEMENT SERVICES, LLC; and PROGRESS RESIDENTIAL PROPERTY MANAGER, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-03411-ART-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Progress Residential Property Manager, LLC
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony Mitchell, Plaintiff, Pro Se
618 Painted Opus Place
North Las Vegas, Nevada 89084
(702) 884-0472
realanthonymitchell@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

AMM

Date: 10/19/26

SEAL

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
OCT 19 2026
US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

for the

District of Nevada

ANTHONY MITCHELL

*Plaintiff(s)*

v.

PROGRESS RESIDENTIAL BORROWER 6, LLC; PROGRESS RESIDENTIAL MANAGEMENT SERVICES, LLC; and PROGRESS RESIDENTIAL PROPERTY MANAGER, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-03411-ART-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Progress Residential Borrower 6, LLC
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony Mitchell, Plaintiff, Pro Se
618 Painted Opus Place
North Las Vegas, Nevada 89084
(702) 884-0472
realanthonymitchell@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/19/26

SEAL

AMM

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED

OCT 19 2026

US DISTRICT COURT
DISTRICT OF NEVADA

ANTHONY MITCHELL

*Plaintiff(s)*

v.

PROGRESS RESIDENTIAL BORROWER 6, LLC; PROGRESS RESIDENTIAL MANAGEMENT SERVICES, LLC; and PROGRESS RESIDENTIAL PROPERTY MANAGER, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-03411-ART-DJA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Progress Residential Management Services, LLC
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony Mitchell, Plaintiff, Pro Se
618 Painted Opus Place
North Las Vegas, Nevada 89084
(702) 884-0472
realanthonymitchell@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

SEAL

AMM

*Signature of Clerk or Deputy Clerk*

Date: 10/19/26