Anthony Mitchell
618 Painted Opus Place
North Las Vegas, Nevada 89084
(702) 884-0472
realanthonymitchell@gmail.com
Plaintiff, Pro Se

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 19 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY MITCHELL, an individual,

Plaintiff,

v.

PROGRESS RESIDENTIAL BORROWER 6, LLC, a Delaware limited liability company; PROGRESS RESIDENTIAL MANAGEMENT SERVICES, LLC, a Delaware limited liability company; and PROGRESS RESIDENTIAL PROPERTY MANAGER, LLC, a Delaware limited liability company,

Defendants.

Case No.: 2:26-cv-03411-ART-DJA

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY (LR IC 2-1(b))**

Plaintiff Anthony Mitchell, appearing pro se, moves for an order authorizing Plaintiff to register as an electronic filer in this case. The motion is based on the memorandum of points and authorities below and the papers on file.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Local Rule IC 2-1(b) allows a pro se litigant to ask the Court for authorization to register as an electronic filer in a specific case.

2. Plaintiff has regular access to a computer with an internet connection, software to create and read PDF documents, and an email account, realanthonymitchell@gmail.com, that Plaintiff checks daily.

3. Plaintiff has a PACER account and is currently authorized to file electronically in two other pending cases in this District.

4. Plaintiff has reviewed the Court's Electronic Filing Procedures and agrees to comply with them, with the Local Rules and with the Federal Rules of Civil Procedure, including the rules on redacting personal information and on service.

5. Plaintiff consents to receive service of documents in this case electronically through the Court's electronic filing system at the email address above.

6. Electronic filing will let Plaintiff file and receive papers promptly, reduce mailing and copying costs for all parties, and reduce the Clerk's handling of paper filings.

7. Plaintiff asks the Court to authorize Plaintiff to register as an electronic filer in this case. If the Court requires a certification that Plaintiff has completed the Court's electronic filing training, Plaintiff will file it within the time the Court sets.

Dated: October 16, 2026

Respectfully submitted,

Anthony Mitchell
618 Painted Opus Place
North Las Vegas, Nevada 89084
(702) 884-0472
realanthonymitchell@gmail.com
Plaintiff, Pro Se